UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDWARD JAMES HILLS,<br><br>    Plaintiff,<br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | CASE NO. 2:24-cv-01207-TL<br><br>ORDER ON MISCELLANEOUS MOTION |

This matter is before the Court on Plaintiff Edward James Hills's "Motion and Affidavit for an Order Directing Social Security to Reinstate Edward James Hills Supplemental Security Income Based on His Notice of Award Letter and Release Back Payment from 11/2019 to Present Date and an Investigation into Who Authorized Withholding of Federal Benefits." Dkt. No. 23. Given the procedural posture of the case, the Court DENIES Plaintiff's motion.

On November 6, 2024, the Court issued an order that remanded Plaintiff's case to the Social Security Administration ("SSA") for further administrative proceedings. Dkt. No. 16. The Court noted that, upon remand, "the case remains pending in its administrative forum, and the

ORDER ON MISCELLANEOUS MOTION - 1

posture of Plaintiff's administrative complaint is such that he has not exhausted his administrative remedies." *Id.* at 5. Because administrative exhaustion is a jurisdictional requirement for judicial review of a decision of the SSA, this Court has no jurisdiction to consider the instant motion. *Weinberger v. Salfi*, 422 U.S. 749, 757 (1975); *Sensory Neurostimulation, Inc. v. Azar*, 977 F.3d 969, 975 (9th Cir. 2020).

In other words, the Court's hands are tied. Until the SSA takes final agency action on Plaintiff's case and Plaintiff's administrative remedies have been exhausted, the Court is without authority to consider this or any other motion that Plaintiff might file in this matter. Therefore, until such time as the SSA Appeals Council either: (a) denies review of Plaintiff's administrative case; or (b) accepts Plaintiff's case for review and issues a decision on its merits that Plaintiff wishes to appeal to this Court, further submissions will not receive a response from the Court.

Dated this 3rd day of April 2025.

Tana Lin
United States District Judge