UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDWARD JAMES HILLS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>　　　　　Defendants. | CASE NO. 2:24-cv-01207-TL<br><br>ORDER ON MOTION TO COMPEL |

　　　　This matter is before the Court on Plaintiff's Motion to Compel Production of the Administrative Record, which Plaintiff filed on April 17, 2026. Dkt. No. 50. Having reviewed the motion and the relevant record, the motion is DENIED.

　　　　Plaintiff's motion is moot. On January 8, 2026, Defendant filed the Certified Administrative Record ("CAR") on the docket. Dkt. No. 40. If, upon review, Plaintiff believes that documents are missing from the CAR or that the CAR is otherwise incomplete, Plaintiff may file a new motion to compel.

ORDER ON MOTION TO COMPEL – 1

Plaintiff's motion also includes what the Court construes as a request for reconsideration of the order (Dkt. No. 35) of the Honorable David G. Estudillo, Chief Judge of the Western District of Washington, which denied Petitioner's motion for the recusal of the undersigned (Dkt. No. 32). *See* Dkt. No. 50 at 6 (requesting that Chief Judge Estudillo "Compel Action and Grant Relief" to "remove [the undersigned] from [this] case"). To the extent that Plaintiff seeks such reconsideration, the request is untimely. A request for reconsideration must be submitted "within fourteen days after the order to which it relates[.]" LCR 7(h)(2). Chief Judge Estudillo's order was filed on November 10, 2025, some five months before Plaintiff's request for reconsideration. The request is thus untimely and must be DENIED on that basis. *See, e.g.*, *Smith v. Uttecht*, No. C21-940, 2025 WL 346638, at *2 (W.D. Wash. Jan. 30, 2025) (denying request for reconsideration as untimely).

Dated this 22nd day of May 2026.

Tana Lin
United States District Judge

ORDER ON MOTION TO COMPEL – 2